## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
#### (Richmond Division)

TONYA CAMPBELL and JOHN PADEN,
on behalf of themselves and all others
similarly situated,

               Plaintiffs,

v.

INTERCONTINENTAL CAPITAL
GROUP, INC.,
               Defendant.

Case No. 3:22-cv-34-DJN

## CONSENT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

COMES NOW Defendant Intercontinental Capital Group, Inc., by counsel, and hereby submits this Consent Motion for Extension of Time to Respond to Complaint (ECF No. 1). In support thereof, Defendant represents as follows:

1. Plaintiff's Complaint was filed on January 21, 2022, and Plaintiff granted Defendant an extension until February 28, 2022 to Respond to the Complaint.

2. Defendant filed an Unopposed Motion for Extension of Time on February 25, 2022 and the Court granted the Motion for Extension of Time on February 28, 2022 for Defendant to Respond to the Complaint by March 14, 2022.

3. The parties are still currently engaged in extensive settlement discussions with the intention of setting terms for a mediation and requesting a stay of this litigation while such occurs. Accordingly, Defendant now respectfully requests an additional two weeks to file a Response to the Complaint.

4.  Plaintiff has consented to an Order granting this Motion, which is submitted

contemporaneously with this Motion.

5.  Defendant requests that the deadline for Defendant's Response to the Complaint be

extended to March 28, 2022.

WHEREFORE, for the foregoing reasons, Defendant Intercontinental Capital Group, Inc.

requests this Court grant its Motion for Extension of Time to Respond to Complaint and grant all

such relief as it deems just and proper.

OFFIT KURMAN, P.A.                                      COFFIELD PLC


*/s/ Anders T. Sleight*                                 /s/ _____
Anders T. Sleight, Esq. (VSB No. 84458)                 Timothy L. Coffield (VSB No. 83430)
8000 Towers Crescent Drive, Suite 1400                  106F Melbourne Park Circle
Vienna, VA 22182                                        Charlottesville, VA 22901
Phone: (703) 745-1800                                   Phone: (434) 218-3133
Fax: (703) 745-1835                                     Fax: (434) 321-1636
anders.sleight@offitkurman.com                          tc@coffieldlaw.com

**Counsel for Defendant Intercontinental**             **Counsel for Plaintiffs Tonya Campbell and**
**Capital Group, Inc.**                                **John Paden and all others similarly situated**

Dated: March 11, 2022                                   Dated: March 11, 2022

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing  has been served on all Counsel of record by the Court's ECF System.

**OFFIT KURMAN, P.A.**


/s/ *Anders T. Sleight*
Anders T. Sleight, Esq.

Dated: March 11, 2022


4855-2999-8356, v. 1