IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TONYA CAMPBELL *et al.*,
on behalf of themselves and
all others similarly situated,
      Plaintiffs,

     v.                              Civil No. 3-22cv34 (DJN)

INTERCONTINENTAL CAPITAL
GROUP, INC.,
      Defendant.

## ORDER
### (Granting Motion for Extension)

     This matter comes before the Court on the parties' Consent Motion for Extension,

moving for an extension of time for Defendant to file its responsive pleadings (ECF No. 8).  For

good cause shown, and because Plaintiffs consent to an extension, the Court hereby GRANTS

the Motion.  Defendant's responsive pleadings shall be due by March 28, 2022.

     Let the Clerk file a copy of this Order electronically and notify all counsel of record.

     It is so ORDERED.

                          _____/s/_____
                          David J. Novak
                          United States District Judge

Richmond, Virginia
Dated:  March 14, 2022