IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TONYA CAMPBELL *et al.*,
on behalf of themselves and
all others similarly situated,
    Plaintiffs,

v.                                  Civil No. 3-22cv34 (DJN)

INTERCONTINENTAL CAPITAL
GROUP, INC.,
    Defendant.

## ORDER
**(Granting in Part Motion for Stay)**

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings Pending Mediation, moving to stay the proceedings in this case in light of the mediation that the parties intend to schedule during April 2022 (ECF No. 12). For good cause shown, and because the parties agree, the Court hereby GRANTS IN PART the Motion (ECF No. 12) and STAYS this case until April 22, 2022. No further extensions will be granted. Further, the Court hereby ORDERS the parties to file a joint status report on the progress of their mediation by April 29, 2022.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                    /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: March 29, 2022