IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TONYA CAMPBELL *et al.*,
on behalf of themselves and
all others similarly situated,
    Plaintiffs,

v.                                        Civil No. 3-22cv34 (DJN)

INTERCONTINENTAL CAPITAL
GROUP, INC.,
    Defendant.

## ORDER
**(Extending Time)**

This matter comes before the Court on the parties' Joint Status Report, notifying the Court that the parties expect to settle this matter soon and requesting a stay of this case until June 3, 2022 (ECF No. 18). For good cause shown, and because the parties agree, the Court hereby GRANTS the Motion and STAYS this case until June 3, 2022.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                    /s/
                                              David J. Novak
                                              United States District Judge

Richmond, Virginia
Dated:  May 24, 2022