UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TONYA CAMPBELL and JOHN PADEN,
on behalf of themselves
and all others similarly situated,

                              Plaintiffs,

v.                                                                  CIVIL ACTION NO. 3:22cv34

INTERCONTINENTAL CAPITAL GROUP, INC.,

                              Defendant.

## **JOINT MOTION TO APPROVE SETTLEMENT**

Tonya Campbell and John Paden ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, ("Plaintiffs") and Intercontinental Capital Group ("ICG" or "Defendant"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

## **CONCLUSION**

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

Respectfully submitted,

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106F Melbourne Park Circle
Charlottesville, VA 22901
Phone 434-218-3133
Fax 434-321-1636
tc@coffieldlaw.com

Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
craig@butlercurwood.com
zev@butlercurwood.com

*Counsel for Plaintiffs*

/s/Katharine Thomas Batista
Katharine Thomas Batista, Esquire
Offit Kurman, P.A. (PA-NA)
1801 Market Street
Suite 2300
Philadelphia, PA 19103
Fax: (267) 338-1335
Email: kbatista@offitkurman.com

Anders Sleight, Esquire
Alfredo Acin (VSB # 76445)
Offit Kurman, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Comer, VA 22182
Fax: 703-745-1835
anders.sleight@offitkurman.com
aacin@offitkurman.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 22, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record:

/s/Timothy Coffield

*Counsel for Plaintiffs*